IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ARMAND COOK,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-284
LT Case No. 20-MM-004424-AOR

_____/

Decision filed May 24, 2022

Appeal from the County Court
for Orange County,
Wayne Shoemaker, Judge.

Armand Cook, Taylor, MI, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.